**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jason E. Adkins** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | **2:18-bk-50671** |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **Ally Bank**<br><br>Description of property securing debt:  **2014 GMC Yukon Denali 25,000 miles** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name:  **Chase Auto**<br><br>Description of property securing debt:  **2016 Cadillac Escalade 15000 miles** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name:  **Wells Fargo Bank**<br><br>Description of property  **2014 Chevrolet Corvette Z51 7000 miles** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Jason E. Adkins**                                          Case number *(if known)*    **2:18-bk-50671**

securing debt:

## Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

## Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X** **/s/ Jason E. Adkins**                                          **X**

**Jason E. Adkins**                                                          Signature of Debtor 2
Signature of Debtor 1

Date    **April 11, 2018**                                          Date

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Statement of Intention was served upon the following parties in the manner indicated on April 12, 2018.

*/s/ David M. Whittaker*

David M. Whittaker, Esq.      (0019307)

Isaac Wiles Burkholder & Teetor, LLC

Two Miranova Place, Suite 700

Columbus, OH 43215

PH: (614) 340-7431 / FAX: (614) 365-9516

Email:  dwhittaker@isaacwiles.com

*Attorney for Jason E. Adkins*

The following parties were served by ECF at the email address registered with the Court:

U.S. Trustee
Amy Bostic, Trustee
Kenneth M. Richards, Esq.
Jeremy R. Mason, Esq.
Pamela Arndt, Esq.
Tiffany S. Cobb, Esq.
Melissa S. Giberson, Esq.
Mary K. Whitmer, Esq.
James W. Ehrman, Esq.
Thomas R. Allen, Esq.
Erin L. Gapinski, Esq.
Leon Friedberg, Esq.

The following parties were served by U.S. mail at the address indicated:

Jason E. Adkins
885 Sternberger Road
Jackson, OH 45640

Ally Bank
PO Box 9001951
Louisville KY 40290-1951

Chase Auto
PO Box 90160
Fort Worth TX 76101-2060

Wells Fargo Bank
420 Montgomery Street
San Francisco CA 94104

4211892.1 : 11512 00001