17-3827 (H)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | * |
| | * |
| JASON E. ADKINS, | * Case No.: 18-50671 |
| | * Chapter 7 |
| Debtor. | * Judge C. Kathryn Preston |

## TRUSTEE'S NOTICE OF ABANDONMENT OF ESTATE'S PRESENT TITLE INTEREST IN REAL PROPERTY LOCATED 885 STERNBERGER ROAD, JACKSON, OHIO 45640 AND ALL RENTS GENERATED OR DERIVED THEREFROM

Pursuant to Local Bankruptcy Rule 6007-1, Amy L. Bostic, Esq. (the "Trustee"), not individually, but solely in her capacity as chapter 7 Trustee of the bankruptcy estate of Debtor Jason E. Adkins (hereinafter the "Debtor"), files this Notice of Abandonment of the bankruptcy estate's present title interest, if any, in Real Property located at 885 Sternberger Road, Jackson County, Ohio 45640, as well as all rents, profits and income derived therefrom (hereinafter collectively the "Real Property"). A copy of the legal description for the subject Real Property is attached hereto as Exhibit A, which is incorporated fully herein by reference. In support, the Trustee respectfully states as follows:

1. On February 9, 2018, the Debtor filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code.

2. The herein Trustee is the duly appointed, qualified and acting Trustee in this chapter 7 case. The Trustee concluded the meeting of creditors in this case pursuant to 11 U.S.C. §341 on April 16, 2018.

3. Based on the Trustee's investigation and review, the Trustee has concluded that the bankruptcy estate's present title interest, if any, in the Real Property is of inconsequential or insignificant value to the estate, is over-encumbered, is not property of the estate and/or has no benefit to the estate. Accordingly, same is burdensome to the estate. Consequently, the Trustee hereby abandons its present title interest, if any, of the chapter 7 estate in the Real Property, pursuant to 11 U.S.C. §554.

4. This Abandonment is immediately effective upon the filing hereof. The chapter 7 Trustee need not be joined as a party in any foreclosure action or litigation in any way related to the Real Property.

Dated: this ___ day of June, 2018.

Respectfully submitted,

By: /s/ _____
Amy L. Bostic, Esq.
Chapter 7 Trustee
1160 Dublin Road, Suite 400
Columbus, OH 43215
Telephone: (614)229-4433
abostic@lnlattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, a copy of the foregoing Notice of Abandonment was served on the following registered ECF participants, **electronically**, through the Court's ECF System at the email address registered with the court:

Asst. U.S. Trustee (Columbus)
David M. Whittaker, Esq., Attorney for Debtor
Amy L. Bostic, chapter 7 Trustee
Kenneth M. Richards, Esq., Attorney for chapter 7 Trustee
Leon Friedberg, Esq., Attorney for Great Southland Limited
Thomas R. Allen, Esq., Attorney for Jenvic Holdings, LLC
Erin L. Gapinski, Esq., Attorney for Jenvic Holdings, LLC
Pamela Arndt, Esq., Attorney for U.S. Trustee
Adam J. Biehl, Esq., Attorney for Hamilton Distribution, LLC/Garlon Frost
James W. Ehrman, Esq., Attorney for Steven Tye
Mary K. Whitmer, Esq., Attorney for Steven Tye
Melissa S. Giberson, Esq., Attorney for XPO Global Forwarding, Inc.
Susan Jill Rice, Esq., Attorney for JPMorgan Chase Bank, N.A.
Richard John LaCivita, Esq., Attorney for ACAR Leasing Ltd.
Mark J. Sheriff, Esq., Attorney for Vecron Exim Ltd.
Matthew S. Casto, Esq., Attorney for Kirby Development LLC
Tiffany Strelow Cobb, Esq., Attorney for XPO Global Forwarding, Inc.
Steven N. Leitess, Esq., Attorney for Vecron Exim Ltd.
Thomas C. Lonn, Esq., Attorney for Houston Goodyear Tire Tranche JV et al.
Sean D. Malloy, Esq., Attorney for Creditors Nick Lather, et al.
Maria C. Klutinoty Edwards, Esq., Attorney for Abington Emerson Capital
Joseph C. Pickens, Esq., Attorney for Ghost Rocket Music, LLC

and on the following by Regular U.S. Mail addressed to:

Landash Corporation, Debtor
885 Sternberger Rd.
Jackson, OH 45640

885 Sternberger Road LLC
Attn: Joseph Fulda
148 Beach Ninth Street, Suite 2D
Far Rockaway, NY 11691

State of Ohio, Dept. of Taxation
Attn: Bankruptcy Division
30 E. Broad St., 21st Floor
Columbus, OH 43215

Rebekah Holding LLC
c/o The Company Corporation, Agt.
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

Rebekah Holding LLC
885 Sternberger Rd.
Jackson, OH 45640

Investments Holding Inc.
c/o Joseph Fulda
148 Beach Ninth Street, Suite 2D
Far Rockaway, NY 11691

Jackson County, Ohio Treasurer
P.O. Box 980
Jackson, OH 45640-0980

David M. Whittaker, Esq.
Attorney for Jason E. Adkins
Isaac Wiles
Two Miranova Place
Suite 700
Columbus, OH 43215

/s/ *Jeremy R. Mason, Esq.*

Instrument        Book Page
201700000266 OR    122 1434

Exhibit A
Legal Description

ALL The real property situated in the Township of Franklin, County of Jackson and State of Ohio: Being the east half of the northeast quarter of Section 26, Township 6, Range 18, containing 77 acres, more or less.

Commonly Known as 885 Sternberger Road, Jackson, OH 45640.