**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: November 6, 2018**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 18-50300 |
| Landash Corporation | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| _____ | : | |
| | : | |
| In re: | : | |
| | : | |
| Jason E. Adkins | . : | Case No. 18-50671 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

### ORDER GRANTING TRUSTEE'S MOTION FOR JOINT ADMINISTRATION OF BANKRUPTCY CASES AND FOR APPROVAL OF MASTER SERVICE LIST (#78)

This matter is before the Court upon the Motion of Amy L. Bostic, Trustee for the joint administration of the above- referenced debtor cases and for Approval of Master Service List.

The Court finds that notice of the motion has been provided and that no objections or request for hearing have been filed. The Court finds that good cause exists for granting the motion.

IT IS, THEREFORE, ORDERED that:

1. The Motion is Granted.

2. The Debtors' respective captioned and numbered cases shall be, and hereby are, consolidated for procedural purposes only and shall be administered jointly in accordance with Bankruptcy Rule 1015(b).

3. Landash Corporation, Case No. 18-50300 is designated as the lead case. All filings in these cases, except proofs of claim, shall be filed in the lead case and bear a consolidated caption in the form set forth on Exhibit A attached to this Order.

4. Parties are directed to ensure that motions, applications or other filings specify whether a filing affects both Debtors or just one Debtor and if so, to be clear which Debtor is affected.

5. A docket entry shall be made in both of the above captioned and numbered cases substantially as follows:

An Order has been entered in this case directing the joint administration of the Chapter 7 cases of Landash Corporation and Jason E. Adkins. The docket in Case No. 18-50300 should be consulted for all matters affecting this case.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

7. The clerk of the Court is hereby directed to enter this Order on the docket in each of the Cases.

8. The service list attached as Exhibit B shall be used and is approved for service when service is required upon all creditors and parties-in-interest. Trustee shall file a

Master Service List as a separate pleading and Trustee shall file a revised or amended master service list as is necessary, with parties added to the Master Service List to be designated in bold.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 7 cases.

IT IS SO ORDERED.

Approved:

/s/ Kenneth M. Richards_____

Kenneth M. Richards (0040455)
Attorney for Amy L. Bostic, Chapter 7 Trustee
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
Telephone: (614) 221-7663
Facsimile: (614) 229-4447
krichards@LNLattorneys.com

Copies:  All Creditors and Parties-in-Interest

EXHIBIT A—JOINT CAPTION

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 18-50300 |
| Landash Corporation | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| _____ | : | |
| | : | |
| In re: | | |
| | : | |
| Jason E. Adkins | . | Case No. 18-50671 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

**EXHIBIT B—MASTER SERVICE LIST**

Aaron M. Cole
Thomas & Thomas
2323 Park Ave
Cincinnati, OH 45206-2788

Abington Emerson Capital
11100 Santa Monica Blvd., Ste. 260
Los Angeles, CA 90025-6695

Addison Holdings, LLC
6410 Business Park Loop, Ste B Park
City, UT 84098-6212

Thomas R Allen
Allen Kuehnle Stovall & Neuman LLP 17 South High Street, Suite 1220 Columbus, OH 43215-3441

Amy New Love
3935 Vana Dr.
Sarasota, FL 34241-5943

Amy Newlove
3935 Vana Dr
Sarasota, FL 34241-5943

Andrew M. Edison
Edison McDowell & Hetherington LLP 3200 Southwest Freeway, Ste. 2100 Houston, TX 77027-7525

Ashli Page
4557 Lorraine Ave.
Dallas, TX 75205-3612

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

Benjamin L Streacker
839 Beech Ave
Findlay, OH 45840-5001

Adam J Biehl
Bailey Cavalieri LLC
10 West Broad Street Suite 2100
Columbus, OH 43215-3455

Bobo Trust
100 Nurad Rd.
Athens, OH 45701-3418

Amy L Bostic
1160 Dublin Road
Suite 400
Columbus, OH 43215-1052

Brent Bobo
100 Nurad Rd.
Athens, OH 45701-3418

Bruce Hann/Jan Shroy
745 Hann Ln.
Athens, OH 45701-9200

CR Pratt
69 Nurad Rd.
Athens, OH 45701-3425

Callie Coutris
4411 Westway Ave.
Dallas, TX 75205-3630

Calrex LLC
4217 Nightfall Dr.
Plano, TX 75093-3876

Cap Call, LLC
c/o Jacob Verstandig
122 East 42nd St., Ste. 2112
New York, NY 10168-2100

Capital Advance Services LLC 30 Broad St., Ste. 14108
New York, NY 10004-2304

Capital Stack, LLC
11 Broadway, Ste. 814
New York, NY 10004-1366

Maria G. Carr
McDonald Hopkins LLC 600 Superior Avenue Suite 2100
Cleveland, OH 44114-2653

Casey Dunfee
225 Louise Ln.
Athens, OH 45701-3416

Matthew S Casto
Babst Calland PC
300 Summers Street
Suite 1000

Charleston, WV 25301-1632

| | | |
|---|---|---|
| Charles B. Riggs<br>Houston Harbaugh, P.C.<br>Three Gateway Center, 22nd Floor 401 Liberty Avenue<br>Pittsburgh, PA 15222-1005 | Chris Schiltz<br>1120 Linden Ave<br>Findlay, OH 45840-6048 | Tiffany Strelow Cobb<br>52 East Gay Street<br>PO Box 1008<br>Columbus, OH 43216-1008 |
| Craig E. Donley<br>8657 Cavecreek Ct.<br>Powell, OH 43065-8363 | Darius and Gina Scott<br>1585 Atwater Ave<br>Circleville, OH 43113-2313 | Dave Vosefski<br>6854 Stagecoach Rd. NW<br>Rushville, OH 43150-9609 |
| David Edwards<br>16025 South 50th, Apt. 1045<br>Phoenix, AZ 85048-5004 | David Faulkner<br>4524 N. Versailles Ave.<br>Dallas, TX 75205-3015 | David Lusk<br>1336 Hanley Rd.<br>Jackson, OH 45640-9099 |
| David Szalyga<br>11 Broadway, Ste. 814<br>New York, NY 10004-1366 | James W Ehrman<br>Whitmer & Ehrman LLC<br>2344 Canal Rd., Ste 401<br>Cleveland, OH 44113-2535 | Eric E. Shook<br>135 North Washington Street<br>Tiffin, OH 44883-1524 |
| Filoquip Resources LLC<br>1000 N. Green Valley Pkwy<br>Henderson, NV 89074-6170 | FisherBroyles, LLP<br>445 Park Avenue, 9th Floor<br>New York, NY 10022-8606 | Leon Friedberg<br>Carlile Patchen & Murphy LLP  36(<br>E Broad Street<br>Columbus, OH 43215-3819 |
| Garlon Frost<br>Hamilton Distribution, LLC<br>PO Box 3661<br>St. Petersburg, FL 33731-3661 | Gabe Langenderfer<br>1470 Cape Sable Drive<br>Melbourne, FL 32940-1486 | Erin L. Gapinski<br>17 S High St<br>Suite 1220<br>Columbus, OH 43215-3441 |
| Melissa S. Giberson<br>Vorys, Sater, Seymour and Pease LLP 52 E. Gay Street<br>Columbus, OH 43215-3161 | Gerhardt A Gosnell II<br>James E. Arnold & Associates, LPA<br>115 West Main Street<br>Suite 400<br>Columbus, OH 43215-5099 | Great Southland Ltd.<br>c/o Matthew S. Brown<br>366 East Broad St.<br>Columbus, OH 43215-3819 |
| (p)HM2 LLC<br>4026 CONEFLOWER LANE<br>MAUMEE OH 43537-9287 | Hamilton Distribution, LLC<br>PO Box 3661<br>St. Petersburg, FL 33731-3661 | John Gannon Helstowski Helstowsk<br>Law Firm<br>13601 Preston Road<br>E920<br>Dallas, TX 75240-5336 |

| | | |
|---|---|---|
| Houston Goodyear Joint Venture<br>c/o Richard G. Dafoe<br>1601 Elm Street, Suite 4100<br>Dallas, TX 75201-7274 | Houston Goodyear Tire Tranche Joint Venture<br>c/o Richard G. Dafoe<br>1601 Elm Street, Suite 4100<br>Dallas, TX 75201-7274 | Jack Radke<br>3501 N. Central Expy<br>McKinney, TX 75071-2501 |
| Jamie Edwards<br>2940 E. Hartford Ave.<br>Phoenix, AZ 85032-1941 | Jenvic Holdings, LLC<br>11555 Capitan Ln.<br>Frisco, TX 75033-0248 | Jenvic Holdings, LLC<br>c/o Thomas R. Allen, Esq.<br>Allen Kuehnle Stovall & Neuman LLC<br>17 South High Street, Suite 1220<br>Columbus, OH 43215-3441 |
| Joseph M. Ruwe<br>5181 Natorp Blvd., Ste. 202<br>Cincinnati, OH 45249 | Joshua Hebb<br>410 Nurad Rd.<br>Athens, OH 45701-3407 | Judy Blatz<br>451 Sandpiper St<br>Lima, OH 45801-1927 |
| John W Kennedy<br>Strip Hoppers Leithart McGrath & Terleck<br>575 S. Third St.<br>Columbus, OH 43215-5755 | King Tire Allocation Tranche 2 Joint Venture<br>c/o Richard G. Dafoe<br>Vincent Serafino Geary et al<br>1601 Elm Street, Suite 4100<br>Dallas, TX 75201-7274 | King Tire Allocation Tranche 2 Joint Venture<br>c/o Richard G. Dafoe<br>1601 Elm Street, Suite 4100<br>Dallas, TX 75201-7274 |
| Kirby Developments LLC<br>c/o Sean R. Keegan, Esquire<br>Babst Calland<br>Two Gateway Center, 6th Floor<br>Pittsburgh, PA 15222 | Knight Nguyen Investments<br>23603 W. Fernhurst, Ste. 2104<br>Katy, TX 77494-0906 | Land Rover Financial<br>PO Box 78069<br>Phoenix, AZ 85062-8069 |
| Landash Corporation<br>885 Sternberger Rd.<br>Jackson, OH 45640-9601 | Legends Group<br>12636 High Bluff Dr.<br>San Diego, CA 92130-2022 | Steven N Leitess<br>Silverman Thompson Slutkin White<br>201 N Charles Street, Suite 2600<br>Baltimore, MD 21201-4109 |
| Liliana Andrea Lopera Zapata<br>c/o Moses Luna, Esq.<br>1403 S. Main St.<br>Santa Ana, CA 92707-1716 | LoanMe Inc<br>1900 S. State College Blvd<br>Suite 300<br>Anaheim, CA 92806-6152 | Thomas C Lonn<br>833 Eastwind Drive<br>Westerville, OH 43081-3303 |
| Frederick M Luper<br>1160 Dublin Road<br>Suite 400<br>Columbus, OH 43215-1052 | Maria C. Klutinoty Edwards Tzangas Plakas Mannos LLP<br>220 Market Ave. S., 8th Fl.<br>Canton, OH 44702-2185 | Jeremy R Mason<br>Mason, Schilling & Mason Co., L.P.A.<br>PO Box 498367<br>5181 Natorp Blvd, Suite 202<br>Cincinnati, OH 45249-7367 |

| | | |
|---|---|---|
| Matthew S. Brown<br>Carlile Patchen & Murphey<br>366 East Broad St.<br>Columbus, OH 43215-3819 | Maurice Ellison<br>c/o James W. Ehrman<br>2344 Canal Road, Suite 401<br>Cleveland, OH 44113-2535 | Mid America Tire & Services o<br>Hillsboro, In<br>116 W. Jackson Street<br>Monroe, IN 46772-7020 |
| Nate Hines<br>1598 Greenview Dr.<br>Grove City, OH 43123-8039 | Nick Lather<br>722 Lancaster St.<br>Marietta, OH 45750-2639 | Origin Mining PTE Ltd<br>442 Serangoon Road<br>#03-01<br>Singapore (218135) |
| Osborne Holdings, LP<br>c/o Ryan Osborne<br>4017 McFarlin Boulevard<br>Dallas, TX 75205-1723 | Payroll Funding Co., LLC<br>2809 High Sail Ct.<br>Las Vegas, NV 89117-3521 | Retail Capital LLC dba Credibly<br>c/o Weltman, Weinberg & Reis, Co.,L.P.A.<br>323 W. Lakeside Avenue<br>Cleveland, OH 44113-1085 |
| Renata Bukhman<br>17 State St., Ste. 400<br>New York, NY 10004-1551 | Retail Capital LLC dba Credibly<br>1250 Kirts Blvd., Ste. 100<br>Troy, MI 48084-4737 | Susan Jill Rice<br>Alward Fisher Rice Rowe & Graf, PLC<br>202 E. State Street, Suite 10(<br>Traverse City, MI 49684-5732 |
| Kenneth M Richards<br>1160 Dublin Road<br>Suite 400<br>Columbus, OH 43215-1052 | Rob Schroeder<br>5852 Sweetgum Dr.<br>Monclova, OH 43542-8602 | Samuel H. Simon<br>Houston Harbaugh, P.C.<br>Three Gateway Center, 22nd Floo<br>401 Liberty Avenue<br>Pittsburgh, PA 15222-1005 |
| Sandstone Funding, LLC<br>c/o Douglas E. Robinson<br>122 East 24nd St., Ste. 2112<br>New York, NY 10168 | Sandy Schroeder<br>2813 Northgate Blvd<br>Findlay, OH 45840-4063 | Gregory K Shattuck<br>Shattuck LLC<br>650 Canion St<br>Austin, TX 78752-3510 |
| Shawn Dubziak<br>2143 Kevin Ct. NE<br>New Philadelphia, OH 44663-9446 | Mark J Sheriff<br>Thomas and Thomas Attorneys<br>2323 Park Ave.<br>Cincinnati, OH 45206-2788 | Steven Tye<br>520 Shepherd Ave.<br>Winter Park, FL 32789-3973 |
| Terre Roche LLC<br>c/o Richard G. Dafoe<br>Vincent Serafino Geary et al<br>1601 Elm Street, Suite 4100<br>Dallas, TX 75201-7274 | Terre Roche LLC<br>c/o Richard G. Dafoe<br>1601 Elm Street, Suite 4100<br>Dallas, TX 75201-7274 | Tim Mages<br>2853 Arabian Ct. NE<br>Marietta, GA 30062-4648 |
| Vecron Exim Ltd.<br>9120 Double Diamond Pkwy<br>Reno, NV 89521-4842 | Vecron Exim Ltd.<br>c/o Steven N. Leitess, Esq.<br>201 N. Charles Street, 26th Floor<br>Baltimore, MD 21201-4149 | WBL SPO 1, LLC<br>101 Hudson St., 33d Floor<br>Jersey City, NJ 07302-3915 |

Wells Financing, Inc.
c/o Katharine Battaia Clark
Thompson & Knight LLP
1722 Routh St., Suite 1500
Dallas, TX 75201-2532

Mary K Whitmer
Whitmer & Ehrman LLC
2344 Canal Rd., Ste. 401
Cleveland, OH 44113-2535

XPO Global Forwarding, Inc.
c/o Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215-3161

Newrad Properties LLC
722 Lancaster Street
Marietta, OH 45750-2639

Rexie Cheatle
40020 Staneart Road
Albany, OH 45710-9056

885 Sternberger Road LLC
148 Beach Ninth Street
2D
Far Rockaway, NY 11691-5629

A&B Retreading LLC
13683 State Route 279
Oak Hill, OH 45656-8509

ACAR Leasing LTD
d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096-3853

Jason E. Adkins
885 Sternberger Road
Jackson, OH 45640-9601

Adkins Tire LLC
885 Sternberger Road
Jackson, OH 45640-9601

Ally Bank
PO Box 9001951
Louisville, KY 40290-1951

Anthony Amos
53 Brownsville Rd.
New Matamoras, OH 45767-1500

Pamela Arndt
170 North High Street
Suite 200
Columbus, OH 43215-2417

Best-One Tire & Service of Hillsboro Inc
970 West Main Street
PO Box 728
Hillsboro, OH 45133-0728

Brenda Bowers Esq.
Vorys Sater Seymour & Pease
52 East Gay Street
Columbus, OH 43215-3161

Capital One Bank USA NA
PO Box 71083
Charlotte NC 28272-1083

Charlie W. Riggs
130 Meadow Ridge Road
Mount Morris, PA 15349-9351

Chase Auto
PO Box 901060
Fort Worth, TX 76101-2060

John Coutris
4441 Westway Ave.
Dallas, TX 75205-3630

Daniel Scala
230 E. 78th Street
Apt. 3
New York, NY 10075-2023

Darius and Gina Scott
456 Robinson Road
Unit 701
Chillicothe, OH 45601-7068

Dominion OTR Tire Enterprises LLC
2720 North Stemmons Freeway
Suite 700
Dallas, TX 75207-2203

Ed Zatta
4835 Old US Route 33
Athens, OH 45701

Maria Christina Klutinoty Edwards
Tzangas Plakas Mannos Ltd
220 Market Ave. S, 8th Floor
Canton, OH 44702-2185

Elephant OTR LLC

Fox Byrd & Company PC

Brandon Fry

| | | |
|---|---|---|
| 885 Sternberger Road<br>Jackson, OH 45640-9601 | 12001 North Central Expressway<br>Suite 500<br>Dallas, TX 75243-3794 | 4217 Nightfall Dr.<br>Plano, TX 75093-3876 |
| Garland Frost<br>PO Box 3661<br>Saint Petersburg, FL 33731-3661 | Gary A. Corroto Esq.<br>Tzangas Plakas Manos Ltd.<br>220 Market Ave. South<br>Eigth Floor<br>Canton, OH 44702-2180 | Ghost Rocket Music, LLC<br>c/o Joseph C. Pickens<br>Taft Stettinius & Hollister LLP<br>65 East State Street, Suite 1000<br>Columbus, OH 43215-4221 |
| Gina Scott<br>456 Robinson Rd.<br>Unit 701<br>Chillicothe, OH 45601-7068 | Great Southland Limited<br>Suite 605 La Balsa<br>45 Brisbane Rd<br>Mooloolaba Queensland Australia 4557 | (p)HM2 LLC<br>4026 CONEFLOWER LANE<br>MAUMEE OH 43537-9287 |
| Investment Holdings LLC<br>148 Beach Ninth Street<br>2D<br>Far Rockaway, NY 11691-5629 | Irma Rivera<br>PO Box 1347<br>Bronx, NY 10471-0602 | Ironside, LLC and Ironside, Inc.<br>40 Christie St<br>Tenafly, NJ 07670-1602 |
| John O'Connor<br>9038 Audubon Drive<br>Gibsonia, PA 15044-6155 | Joseph M. Rue Esq<br>Mason Schilling & Mason Co. LPA<br>PO Box 498367<br>Cincinnati, OH 45249-7367 | Justin T. Peterson Esq.<br>The Peterson Law Firm PA<br>2431 Aloma Avenue<br>Suite 165<br>Winter Park, FL 32792-2541 |
| Kirby Development LLC<br>130 Meadow Ridge Road<br>Mount Morris, PA 15349-9351 | Richard John LaCivita<br>Reimer Law Co<br>30455 Solon Rd<br>Solon, OH 44139-3458 | Lane Aviation Corporation<br>4389 International Gateway<br>Columbus, OH 43219-3819 |
| Lane Aviation Corporation<br>Attn: Brenda K. Bowers, Esq. (VSSP, LLP)<br>52 E. Gay St.<br>PO Box 1008<br>Columbus, OH 43216-1008 | LoanMe, Inc.<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121-3132 | Lucien J. Tujague, Jr.<br>2720 N. Stemmons Frwy.<br>Ste.700 S. Tower<br>Dallas, Texas 75207-2203 |
| Sean D Malloy<br>McDonald Hopkins LLC<br>600 Superior Ave East<br>Suite 2100<br>Cleveland, OH 44114-2653 | Mid-America Tire of Hillsboro Inc.<br>970 West Main Street<br>PO Box 728<br>Hillsboro, OH 45133-0728 | Midwest Coal LLC<br>885 Sternberger Road<br>Jackson, OH 45640-9601 |
| Nick Rohnich Esq.<br>1800 Second Street<br>Suite 884 | OTR Tires Direct Inc.<br>9038 Audubon Dr.<br>Gibsonia, PA 15044-6155 | Ryan Osborne<br>4017 McFarlin Boulevard<br>Dallas, TX 75205-1723 |

Sarasota, FL 34236-5988

| | | |
|---|---|---|
| Ashli Belfour Page<br>4557 Lorraine Ave.<br>Dallas, TX 75205-3612 | Joseph C Pickens<br>Taft Stettinius & Hollister LLP<br>65 East State Street<br>Suite 1000<br>Columbus, OH 43215-4221 | Production Tire Company<br>3565 NW 74th Avenue<br>Miami, FL 33122-1270 |
| Rebekah Adkins<br>885 Sternberger Road<br>Jackson, OH 45640-9601 | Rebekah Holding LLC<br>885 Sternbeerger Road<br>Jackson, OH 45640-9601 | SECO Ventures LTD<br>c/o Vincent Ney<br>4711 Shavano Oak<br>Suite 102<br>San Antonio, TX 78249-4026 |
| Scott A. Kiger<br>130 Meadow Ridge Road<br>Mount Morris, PA 15349-9351 | Andrew M. Simon<br>Calfee, Halter & Griswold LLP<br>2800 First Financial Center<br>255 E. Fifth Street<br>Cincinnati, OH 45202-4700 | The O'Connor Group LP<br>9038 Audubon Drive<br>Gibsonia, PA 15044-6155 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City OK  73124-8838 | Wells Fargo Bank<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 | David M. Whittaker<br>Isaac Wiles<br>Two Miranova Place<br>Suite 700<br>Columbus, OH 43215-5098 |
| Worldwide Options LLC<br>16192 Coastal Highway<br>Lewes, DE 19958-3608 | XPO Logistics Inc.<br>Five American Lane<br>Greenwich, CT 06831-2551 | Lillana Andrea Lopez Zapata<br>c/o Filo Quip Resources LLC<br>1000 N. Green Valley Parkway<br>Henderson, NV 89074-6170 |
| Draft Cargoways India Private Limited<br>c/o Jay P Ojha<br>9301 Southwest Freeway, Ste. 405<br>Houston, TX  77074 | Midwest Coal LLC<br>153 South Bingham Street<br>Oak Hill, OH  45656 | Star Funding, Inc.<br>c/o Jo-Ann Erhard<br>Star Funding, Inc.<br>237 West 37th Street, 5th Floor<br>New York, NY  10018 |
| Abington Emerson Capital, LLC<br>c/o Lee Scott<br>720 14th St.<br>Sacramento, CA  95814 | Meridian PO Finance, LLC<br>c/o Johnson Law Office PLC<br>2812 N. Norwalk #105<br>Mesa, AZ  85215 | Charles B. Riggs<br>308 Colonial Drive<br>Waynesburg, PA  15370 |

| | | |
|---|---|---|
| EPK Financial Corporation<br>c/o Edward P. King<br>5944 Luther #300<br>Dallas, TX  75225 | Hamilton Distribution LLC<br>c/o Registered Agents, Ltd.<br>1013 Centre Rd. Ste 403-A<br>Wilmington, DE  19805 | Roadmaster Trucking, Inc.<br>c/o Carlos Musetti, Jr.<br>21107 White River Court<br>Richmond, TX  77469 |